UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

         Plaintiff,

vs.

DPMS A-15 .223/5.56mm Caliber Rifle,
Serial Number.: FFH070724; One Troy
AR-15 Magazine; One Promag
AR-15 Magazine; and 73 Rounds of
.223 Caliber Ammunition,

         Defendants *in rem*.

Civil No. 19-cv-12512

Hon. Matthew F. Leitman
M.J.: Anthony P. Patti

## DEFAULT JUDGMENT AND
## FINAL ORDER OF FORFEITURE

This matter having come before the Court on the United States' Motion For Entry Of Default Judgment and Final Order of Forfeiture Against All Parties, the Court being otherwise fully advised in the premises, and no other persons or entities have filed claims or appeared in this action and the time for doing so having expired;

**IT IS HEREBY ORDERED** that Default Judgment should be entered against claimant Stanley Brown, all other persons or entities, and all other interested parties as to the following defendants *in rem*:

a) DPMS A-15 .223/5.56mm Caliber Rifle, Serial Number: FFH070724;

b) One Troy AR-15 Magazine;

c) One Promag AR-15 Magazine; and

d) 73 Rounds of .223 Caliber Ammunition;

("Defendant Property").

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of claimant Stanley Brown, all other persons or entities, and all other interested parties, or their successors and assigns, in the Defendant Property, is forever EXTINGUISHED and the Defendant Property is FORFEITED to the United States of America pursuant to 21 U.S.C. § 881(a)(11); accordingly, a Final Order of Forfeiture as to the Defendant Property is GRANTED and ENTERED.

**IT IS FURTHER ORDERED** that the Drug Enforcement Administration, or its designees, is hereby AUTHORIZED to dispose of the Defendant Property according to law.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764